IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICK SPRINGER, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) | No.: 2:17-cv-00295-SGC |
| SCCY INDUSTRIES, LLC, et al. ) ) ) | CLASS ACTION |
| Defendants. ) | |

### REQUEST FOR ENTRY OF DEFAULT JUDGMENT AGAINST PREVIOUSLY DEFAULTED DEFENDANTS J4 TACTICAL LLC AND CONCEALMENT COMMANDER INC.

Plaintiff, Patrick Springer, through his undersigned counsel, pursuant to Fed. R. Civ. P. 55(b)(1), hereby requests the Clerk to enter a default judgment against Defendants J4 Tactical LLC and Concealment Commander Inc., the Clerk having previously entered a default against said Defendants [Dkt #s 46 and 92, respectively], on the basis that the record in this case, together with the Declaration submitted herewith as Exhibit A, in the amount of $123,386.68.

Dated:  June 14, 2018                                 RESPECTFULLY SUBMITTED,

/s/ Dennis G. Pantazis
Dennis G. Pantazis
D. G. Pantazis Jr.
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
301 19th Street North
Birmingham, Alabama  35203
(205) 314-0500
dgp@wigginschilds.com
dgpjr@wigginschilds.com

William M. Sweetnam
Natasha Singh
SWEETNAM LLC
100 North La Salle Street, Suite 2200
Chicago, Illinois 60602
(312) 757-1888
wms@sweetnamllc.com
ns@sweetnamllc.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Alabama by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

> J4 TACTICAL LLC
> c/o Nakia Jackson, Registered Agent
> 854 Johnson Street
> West Monroe, Louisiana 71292
>
> CONCEALMENT COMMANDER INC.
> c/o Nakia Jackson, Registered Agent
> 854 Johnson Street
> West Monroe, Louisiana 71292

_____
Of Counsel