FILED
2018 Aug-16 PM 03:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PATRICK SPRINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:17-cv-00295-LSC |
| | ) | |
| SCCY INDUSTRIES, LCC, *ET AL.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

DEFAULT JUDGMENT ORDER

The Court has before it Plaintiff's motion for default judgment (doc. 122) filed pursuant to Federal Rule of Civil Procedure 55(b)(1). Plaintiff filed suit against four Defendants, two of which were J4 Tactical, LLC, and Concealment Commander, Inc. (the "Defaulting Defendants"). After the Defaulting Defendants failed to file responsive pleadings or to otherwise appear, the Court found them in default as evidenced by the clerk's entries of default on June 13, 2017 and November 17, 2017. (Docs. 46 & 92.)

Plaintiff submitted a letter brief as well as a number of exhibits in support of his request for the entry of $100,000 in damages for pain and suffering including: portions of Plaintiff's deposition testimony; medical records evidencing Plaintiff's

gunshot wound and subsequent treatment in an emergency room; a declaration personally testifying under penalty of perjury that he experienced severe pain, bleeding and permanent scarring. The Court is satisfied that these damages are due to be assessed.

It is hereby ordered that a default judgment is granted against Defaulting Defendants, J4 Tactical LLC, and Concealment Commander, Inc. and Plaintiff is to have and recover of them the sum of One Hundred Thousand and 00/100 Dollars ($100,000) for which judgment may enter. The Court enters this as a full and final Judgment and Order pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. Costs are taxed as paid.

DONE and ORDERED on August 16, 2018.

L. Scott Coogler
United States District Judge

190685